**Terrell G. JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 102378**

Missouri Court of Appeals, Eastern District, DIVISION ONE.

Filed: November 24, 2015

Edward S. Thompson, 1010 Market Street, Suite 1100, St. Louis, MO 63101, Attorney for Appellant.

Chris Koster, Attorney General, Daniel N. McPherson, Asst. Attorney General, P.O. Box 899, Jefferson City, MO 65102–0899, Attorneys for Respondent.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

## ORDER

PER CURIAM

Terrell Johnson ("Movant") appeals from the judgment of the motion court denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Movant argues the motion court clearly erred in denying his motion because the court accepted his guilty pleas, found him to be a persistent drug offender, and sentenced him without having an information or indictment in its file.

We have reviewed the briefs of the parties and the record on appeal and find the motion court's findings of fact and conclusions of law are not clearly erroneous and affirm. An opinion reciting the detailed facts and restating the principles of law would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).